W. T. Davis, of San Augustine, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

---

**1**

---

**2**

---

**3**

---

**4**

---

**5**

---

**6**

---

**7**

N. M. DAVIS v. STATE. (No. 10175.) (Court of Criminal Appeals of Texas. Dec. 8, 1926.) Appeal from District Court, Mitchell County; W. P. Leslie, Judge. M. Carter and L. W. Sandusky, both of Colorado, Tex., and J. F. Cunningham and Oliver Cunningham, both of Abilene, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. Delivering intoxicating liquor is the offense; punishment fixed at con-

finement in the penitentiary for a period of two years. Since the filing of his appeal in this court, appellant has filed a written motion, duly verified, requesting the dismissal of said appeal. The motion is granted, and the appeal is ordered dismissed.